**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| ALVIN GLOVER, ADC #601517 | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 5:13CV00065-SWW-JJV |
| C. HUNTER, Dr., W. C. "Dub" Brassell | * |
| Detention Center; *et al.,* | * |
| | * |
| Defendants. | * |

## ORDER

Defendant filed a Motion for Judgment on the Pleadings (Doc. No. 16) but Plaintiff has not responded. If Plaintiff wishes to respond, he should do so within twenty-one (21) days of the date of this Order.

IT IS SO ORDERED this <u>10th</u> day of June, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE