**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ALVIN GLOVER, ADC #601517                                                                                           PLAINTIFF

v.                                                    5:13CV00065-SWW-JJV

C. HUNTER., *et al.*                                                                                                    DEFENDANTS

**ORDER**

On March 8, 2013, this Court directed service of the Summons and Complaint on all Defendants. (Doc. No. 4.) Summons was returned executed for Defendant C. Hunter. (Doc. No. 7.) Defendant filed a Notice of Insufficiency of Service on April 8, 2013, and provided an address where Defendant Hunter may be served. (Doc. No. 12.)

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for this Defendant and the United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2) and Summons on this Defendant at 4010 South Mulberry Street, Pine Bluff, Arkansas 71603-7000, without prepayment of fees and costs or security therefore.

DATED this 13th day of June 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE