IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALVIN GLOVER, ADC #601517　　　　　　*
　　　　　　　　　　　　　　　　　　　*
　　　　　　Plaintiff,　　　　　　　　*
v.　　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　*　　No. 5:13CV00065-SWW-JJV
RAY HOBBS; *et al.*,　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　*
　　　　　　Defendants.　　　　　　　 *

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motions for Judgment on the Pleadings (Doc. Nos. 16, 27) are GRANTED and this case is DISMISSED with prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

SO ORDERED this 3rd day of September, 2013.

　　　　　　　　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1