**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | | |
|---|---|---|
| ALVIN GLOVER, ADC #601517 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 5:13CV00065-SWW-JJV |
| RAY HOBBS; *et al.,* | * | |
| | * | |
| Defendants. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 3rd day of September, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE